# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

In re: JOY L MILLER                                    Chapter 13

                                                       Case No.: 18-70415-PBR

**Debtor(s)**

## TRUSTEE'S MOTION TO DISMISS AND NOTICE OF HEARING

NOTICE TO THE ABOVE-NAMED DEBTOR(S) AND COUNSEL:

Payments to the Trustee under the terms of the confirmed plan are in default in the amount of: $1,462.16 ; this amount may be reduced by any payments received by the Trustee's office prior to the date of hearing on this motion. Pursuant to 11 U.S.C. § 1307, the Trustee moves to dismiss this case.  Please take notice that if the hearing date scheduled below is continued or rescheduled, and if the debtor fails to make timely plan payments to the Trustee following the date noticed below,
the Trustee will request dismissal on the continued or rescheduled hearing date.

WHEREFORE, based on the foregoing, pursuant to 11 U.S.C. § 1307, the Trustee moves that this case be dismissed.

Christopher Micale, Trustee
15 Salem AVE., SE, Suite 300
Roanoke, VA 24011-1419                                 /s/ Christopher Micale
(540) 342-3774                                         Christopher Micale
chapter13_trustee@ch13wdva.com

NOTICE IS HEREBY GIVEN TO THE DEBTOR(S) THAT:  YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one.  If you do not have an attorney, you may wish to consult one.
**Unless you file with the Office of the Clerk a written response to this Motion at least 7 days before the hearing described below, the Trustee may oppose any request for a continuance and will ask that the Court dismiss your case.**  Further, any motions you may wish to file MUST be filed at least 7 days prior to the date of hearing on this motion, and noticed for hearing.  If you do not take these steps, the Court may decide that

## NOTICE OF HEARING

Notice is hereby given to the debtor(s) and to debtors' counsel that HEARING WILL BE HELD ON THIS MOTION ON **Monday, July 1, 2019** at **11:00 am** or as soon thereafter as the parties may be heard before the Honorable Paul M. Black, Bankruptcy Judge, at the United States Bankruptcy Court, 210 Church Avenue SW, Room 200 Roanoke, VA 24011.

Hearing on said motion may be rescheduled from time to time in open court without further written notice.

Dated: 06/04/2019                                      /s/ Christopher Micale
                                                       Christopher Micale

### CERTIFICATE OF SERVICE

I certify that on Tuesday, June 4, 2019, I mailed a copy of the foregoing to the debtor(s) at their last known address appearing on the mailing matrix and counsel for the debtor(s).

                                                       Office of the Chapter 13 Trustee
                                                       by: /s/ Latisha Bahadoor

Receipt History

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 04/26/2018 | $715.00 | 05/29/2018 | $715.00 | 06/29/2018 | $715.00 | 07/30/2018 | $320.00 |
| 10/11/2018 | $250.00 | 10/18/2018 | $250.00 | 11/01/2018 | $157.04 | 11/08/2018 | $157.04 |
| 11/15/2018 | $157.04 | 11/23/2018 | $157.04 | 11/29/2018 | $157.04 | 12/17/2018 | $157.04 |
| 12/21/2018 | $157.04 | 12/26/2018 | $157.04 | 01/02/2019 | $157.04 | 01/07/2019 | $157.04 |
| 01/14/2019 | $157.04 | 01/22/2019 | $157.04 | 01/31/2019 | $157.04 | 02/04/2019 | $157.04 |
| 02/11/2019 | $157.04 | 02/19/2019 | $157.04 | 02/25/2019 | $157.04 | 03/06/2019 | $157.04 |
| 03/08/2019 | $157.04 | 03/18/2019 | $157.04 | 03/27/2019 | $157.04 | | |